UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN DELACRUZ,

    Plaintiff,

v.                                      Case No. 3:17cv782-LC-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS and ATTORNEY
GENERAL, STATE OF FLORIDA

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 8, 2018, the undersigned entered an order (doc. 8) advising plaintiff it is evident, based on a review of the complaint, that the facts as presented fail to support a viable claim for relief against the defendants. The undersigned directed the clerk of court to forward plaintiff a civil rights complaint form and allowed plaintiff 30 days in which to file either a notice of voluntary dismissal or an amended complaint. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed.

On March 6, 2018, plaintiff filed a motion (doc. 10) for a 30-day extension of time in which to comply with the order. The undersigned granted the motion by order (doc. 11) entered March 14, 2018. After more than 30 days passed and plaintiff had filed neither a notice of voluntary dismissal nor an amended complaint, the undersigned entered an order directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of May, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:17cv782-LC-CJK