**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KELVIN DELACRUZ,**

    **Plaintiff,**

**v.**                                                       **Case No. 3:17cv782-LC-CJK**

**SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS and ATTORNEY
GENERAL, STATE OF FLORIDA**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 8, 2018 (doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of June, 2018.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**